IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-418-BO

| | | |
|---|---|---|
| GARIBALDI LONGO, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TROJAN HORSE LTD., *et al.*, | ) | |
|     Defendants. | ) | |

This cause comes before the Court on plaintiffs' renewed motion to amend scheduling order. The Court is unpersuaded that an extension of the deadlines previously imposed is necessary, and plaintiffs' motion [DE 128] is DENIED.

The Court has further considered the pending discovery motions. Plaintiffs' withdrawal in part of their motion to compel [DE 126] is ALLOWED, plaintiffs' motion to compel as to the remaining requests [DE 124] is DENIED, defendant Ascensus Trust's cross-motion to compel [DE 129] is DENIED, and plaintiffs' motion to strike Ascensus Trust's reply as in violation of this Court's Local Rules [DE 134] is GRANTED.

SO ORDERED, this 16 day of May, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE