UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GARIBALDIE E. LONGO, ALLEN F. HESTER, CARL W. SWANSON, PATRICK PONTE, STEVEN L. WHITE, *individually and on behalf of all other similarly situated,* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| TROJAN HORSE, LTD., GLEN BURNIE HAULING, INC., TROJAN HORSE LTD 401(K) PLAN, BRIAN HICKS, CAPITOL EXPRESSWAYS, INC., BDH LOGISITICS, LLC, ASCENSUS TRUST COMPANY, ASCENSUS, INC., FRONTIER TRUST COMPANY, SUSAN STUBBS, and SHERRY KORB, | ) ) ) ) ) ) ) ) ) | 5:13-CV-418-BO |
| Defendants. | ) ) | |

**Decision by Court.**
This cause comes before the Court following its notice pursuant to Fed. R. Civ. P. 55(b)(2) to appearing defendants Trojan Horse, Ltd., Glen Burnie Hauling, Trojan Horse LTD 401(k) Plan, and Brian Hicks that judgment by default in the amount of $2,985,914.27 shall be entered against them in the absence of the filing of an opposition to such entry.

**IT IS ORDERED, ADJUDGED AND DECREED** that as defendants Trojan Horse, Ltd., Glen Burnie Hauling, Trojan Horse LTD 401(k) Plan, and Brian Hicks, against whom default has been entered, have failed to oppose entry of default judgment within the time provided by Fed. R. Civ. P. 55(b)(2), judgment by default is entered against them in the amount of $2,985,914.27 to be jointly and severally liable with the other named defendants.

This case is closed.

**This judgment filed and entered on September 30, 2016, and served on:**
Mark S. Fistos (via CM/ECF Notice of Electronic Filing)
S. Michael Dunn (via CM/ECF Notice of Electronic Filing)
Steven R. Jaffe (via CM/ECF Notice of Electronic Filing)
Stephen A. Dunn (via CM/ECF Notice of Electronic Filing)
Trojan Horse, Ltd. (via US Mail to 7205 Montevideo Road, Jessup, MD 20794)
Glen Burnie Hauling, Inc. (via US Mail to 7205 Montevideo Road, Jessup, MD 20794)

Trojan Horse LTD 401(k) Plan (via US Mail to 7205 Montevideo Road, Jessup, MD 20794)
Brian Hicks (via US Mail to 799 Brackley Road, Severna Park, MD 21146)
BDH Logistics (via US Mail to 7205 Montevideo Road, Jessup, MD 20794)
Capitol Expressways, Inc. (via US Mail to 7205 Montevideo Road, Jessup, MD 20794)
L.P. Hornthal, Jr. (via CM/ECF Notice of Electronic Filing)
Robert H. Bernstein (via CM/ECF Notice of Electronic Filing)
L. Phillip Hornthall, III (via CM/ECF Notice of Electronic Filing)

September 30, 2016

JULIE RICHARDS JOHNSTON, CLERK

/s/Lindsay Stouch
By: Deputy Clerk

