FILED: June 25, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2168
(5:13-cv-00418-BO)

_____

GARIBALDIE E. LONGO; ALLEN F HESTER; CARL W SWANSON; STEVEN L WHITE, individually and on behalf all others similarly situated

        Plaintiffs - Appellees

and

PATRICK PONTE

        Plaintiff

v.

ASCENSUS TRUST COMPANY, c/o CT Corporation System, its registered agent

        Defendant - Appellant

and

TROJAN HORSE, LTD.; GLEN BURNIE HAULING, INC.; TROJAN HORSE LTD 401(K) PLAN; ASCENSUS, INC.; FRONTIER TRUST COMPANY; BRIAN HICKS; SUSAN STUBBS, 1614 Secretariat Drive Annapolis, MD 21409; SHERRY KORB; CAPITOL EXPRESSWAYS, INC., c/o Brian D. Hicks, its registered agent; BDH LOGISTICS, LLC, c/o Brian D. Hicks, its registered agent

        Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk