FILED: June 25, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2168
(5:13-cv-00418-BO)

_____

GARIBALDIE E. LONGO; ALLEN F HESTER; CARL W SWANSON; STEVEN L WHITE, individually and on behalf all others similarly situated

      Plaintiffs - Appellees

 and

PATRICK PONTE

      Plaintiff

v.

ASCENSUS TRUST COMPANY, c/o CT Corporation System, its registered agent

      Defendant - Appellant

 and

TROJAN HORSE, LTD.; GLEN BURNIE HAULING, INC.; TROJAN HORSE LTD 401(K) PLAN; ASCENSUS, INC.; FRONTIER TRUST COMPANY; BRIAN HICKS; SUSAN STUBBS, 1614 Secretariat Drive Annapolis, MD 21409; SHERRY KORB; CAPITOL EXPRESSWAYS, INC., c/o Brian D. Hicks, its registered agent; BDH LOGISTICS, LLC, c/o Brian D. Hicks, its registered agent

Defendants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*